UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-60108-RAR

**ANDREW THOMPSON,**

    Plaintiff,

v.

**BRANCH BANKING &
TRUST COMPANY,**

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Adopting Report and Recommendation and Granting Defendant's Motion for Summary Judgment [ECF No. 117], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Branch Banking & Trust Company. Plaintiff shall take nothing from this action and Defendant shall go hence without day.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of May.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**